# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14cr1868-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |
| AVERY SHABA, | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

**SO ORDERED.**

DATED: July 31, 2014

_____
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE